**EAGLE ENVIRONMENTAL II, L.P., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Department of Environmental Protection and Chest Township, Respondents.**

Supreme Court of Pennsylvania.

Nov. 12, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of November, 2003, the Petition for Allowance of Appeal is granted. It is further ordered that the matter be CONSOLIDATED with *Tri–County Industries, Inc., et al. v. Department of Environmental Protection,* No. 179 MAL 2003, —— Pa. ——, 835 A.2d 706, 2003 WL 22681332.